FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

18 JAN 17 PM 3: 15

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. Enter cause number |
| MICHAEL KAIM, | ) 1:18-cr-0012 TWP -DML |
| Defendant. | ) |

## **INDICTMENT**

### COUNT ONE

The Grand Jury charges that:

On or about April 18, 2017, in the Southern District of Indiana, the defendant,

**MICHAEL KAIM,**

who was then employed as a Police Officer of the Veteran Affairs Police Department in Indianapolis, Indiana, while acting under the color of law, willfully deprived D.J. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizure by one acting under color of law, which includes the right to be free from the use of unreasonable force by a law enforcement officer, specifically, the defendant repeatedly struck D.J. in the face and head without legal justification. The offense resulted in bodily injury to D.J.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO

On or about April 18 or 19, 2017, in the Southern District of Indiana, the defendant,

MICHAEL KAIM,

acting in relation to and in contemplation of a matter within the jurisdiction of the FBI, an agency of the United States, knowingly falsified a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of the matter within federal jurisdiction. Specifically, the defendant wrote a statement for Veteran Affairs Police Department Investigative Report # No. 2017-04-18-1657-2924, dated April 19, 2017, that asserted, in sum and substance, that D.J. refused to comply with defendant's orders to leave the Veteran Affairs Medical Center facility, resisted the defendant's efforts to escort him from the building, resisted the defendant's efforts to place him under arrest, and acted aggressively towards the defendant, thereby necessitating the defendant's use of force. In truth and in fact, as the defendant then well knew, D.J. was following the defendant's orders and exiting the Veterans Affairs Medical Facility when the defendant used illegal and unjustifiable force against him, as alleged in Count One.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL:

FOREPERSON

JOHN S. GORE
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
Anita T. Channapati
Trial Attorney