UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. |
| MICHAEL KAIM, | ) 1:18-cr-0012 TWP -DML |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 242 Civil Rights Violation | NMT 10 Years | $250,000 | 3 years |
| 2 | 18 U.S.C. § 1519 Obstructing Justice by Writing a False Report | NMT 20 Years | $250,000 | 3 years |

Dated: _____    _____
                                  MICHAEL KAIM
                                  Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
United States Magistrate Judge
Southern District of Indiana