UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) | CAUSE NO. 1:18-CR-00012-TWP-DML |
| vs. | ) ) ) | |
| MICHAEL KAIM, Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Comes now John F. Kautzman of the law firm of Ruckelshaus, Kautzman, Blackwell & Bemis, LLP and enters his Appearance on behalf of Michael Kaim in the above captioned cause of action.

Respectfully submitted,

RUCKELSHAUS, KAUTZMAN,
BLACKWELL & BEMIS, LLP

By: _____
John F. Kautzman, #5544-49

John F. Kautzman, #5544-49
RUCKELSHAUS, KAUTZMAN,
BLACKWELL & BEMIS, LLP
135 N. Pennsylvania Street, Suite #1600
Indianapolis, IN 46204
Telephone: (317) 634-4356
Fax: (317) 634-8635
jfk@rucklaw.com