AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

FILED
JAN 1 8 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

MICHAEL KAIM
*Defendant*

)
)
)   Cause No.
)
)   1:18-cr-0012 TWP-DML
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL KAIM ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1 – Civil Rights Violation, in violation of Title 18, United States Code, Section 242; and
Count 2 – Obstructing Justice by Writing A False Report, in violation of Title 18, United States Code, Section 1519.

CLERK OF COURT, Laura A. Briggs

BY: _____
*Deputy Clerk*

Date:   1/17/2018

City and state:   Indianapolis, Indiana

### Return

This warrant was received on *(date)* 01/17/2018 , and the person was arrested on *(date)* 01/18/2018
at *(city and state)* INDIANAPOLIS, INDIANA

Date:   01/18/2018

_____
*Arresting officer's signature*

BENJAMIN M. LABVZ, FBI SPECIAL AGENT
*Printed name and title*